**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JUSTIN CULVER**                                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 2:18-CV-00129 BSM**

**STATE FARM MUTUAL**
**AUTOMOBILE INSURANCE COMPANY**                              **DEFENDANT**

## ORDER

Pursuant to the stipulation of settlement and dismissal [Doc. No. 11], this case is

dismissed with prejudice with each party bearing its own fees and costs. *See* Fed. R. Civ. P.

41(a)(1)(A)(ii).

IT IS SO ORDERED this 12th day of February 2019.


_____
UNITED STATES DISTRICT JUDGE