IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JUSTIN CULVER                                                                    PLAINTIFF

v.                         CASE NO. 2:18-CV-00129 BSM

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY                                DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 12th day of February 2019.

_____
UNITED STATES DISTRICT JUDGE